UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,

    Plaintiff,

    v.

SP. AGENT SUPERVISOR MUELLER, and HARDY,

    Defendants.

Case No. 14-cv-05490-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Gary Dale Barger has failed to comply with the Court's order to (1) file an application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Barger may move to reopen the action. Any such motion **must** contain a complete IFP application **or** full payment for the $400.00 filing fee.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 29, 2015

_____
WILLIAM H. ORRICK
United States District Judge